the Supreme Court of the State of Alabama denied. *Mr. W. A. Denson* for petitioner. *Mr. S. R. Prince* for respondent.

---

No. 1048. BURNS BROS. *v.* STEAM TUG INTERSTATE No. 1, HER ENGINES, ETC., ET AL. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Mark Ash* and *Mr. Edward Ash* for petitioner. *Mr. George V. A. McCloskey* for respondents.

---

No. 916. J. P. HUGHES *v.* UNITED STATES BORAX COMPANY. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion to waive Rule 37, denied. *Mr. Albert E. Sherman* for petitioner. *Mr. James F. Peck* and *Mr. Woodson P. Houghton* for respondent.

---

No. 1037. GRAHAM, CHISHOLM & COMPANY ET AL. *v.* JOHN FIRTH. May 21, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied, because of failure to file the petition within the time prescribed by the statute. *Mr. Ralph Wolf* for petitioners. *Mr. Bernard S. Barron* for respondent.

---

No. 887. BROMWELL BRUSH & WIRE GOODS COMPANY *v.* STATE BOARD OF CHARITIES & CORRECTIONS OF KENTUCKY. Error to the Circuit Court of Appeals for the Sixth Circuit. June 4, 1923. Petition for a writ of certiorari herein denied. *Mr. Harvey Myers,* for plaintiff in error, in support of the petition. *Mr. Thomas B. McGregor* for defendant in error.